VILLAGE OF SHOREWOOD, Appellant, vs. PUBLIC SERVICE COMMISSION and another, Respondents.

*December 8, 1942—January 12, 1943.*

*Hubert O. Wolfe* of Milwaukee, for the appellant.

For the respondent Public Service Commission there was a brief by the *Attorney General* and *H. T. Ferguson,* assistant attorney general, and oral argument by *Mr. Ferguson.*

For the respondent city of Milwaukee there was a brief by *Walter J. Mattison,* city attorney, and *Ronold A. Drechsler,* assistant city attorney, and oral argument by *Mr. Drechsler.*

A brief *amicus curiæ* was filed by *John C. Doerfer,* city attorney of West Allis.

FAIRCHILD, J.   The facts involved in this case are similar to those in the case of *Fox Point v. Public Service Comm., ante,* p. 97, 7 N. W. (2d) 571, and are governed by the same principles.   The order appealed from is affirmed.

*By the Court.*—Order affirmed.

BARLOW, J., took no part.